Mark A. Colyer
#281876
Correctional Industrial Facility
5124 West Reformatory Road
Pendleton, Indiana 46064

FILED
06/13/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

Civil Action No. 1:22-cv-01198-TWP-DLP

Mark A. Colyer

Plaintiff(s)

v.

Sarah M. Chotak

Defendant(s).

## Identity Theft COMPLAINT

### I. PARTIES

1. **Plaintiff's Information**:

Name and Prisoner Number of Plaintiff: Mark Colyer - 281876

Present Place of Confinement or Mailing Address: Correctional Industrial Facility

5124 West Reformatory Road

Pendleton, Indiana 46064

1.

2. **Defendant's Information**:

Name of Defendant 1: _Sarah Marie Lhotak_

Name of Defendant 2: _____

Title (If applicable): _Ex-wife_

Address of Defendant: _1418 Nelle Street_
_Anderson, Indiana 46016_

## II. JURISDICTION

Jurisdiction is invoked pursuant to 28 U.S.C. § 1331. (*If you wish to assert jurisdiction under additional statutes, you may fill in the title and section below.*)

_18_ U.S.C. § _1028(A), 1030, 1037, 1341, 1343._
_42_ U.S.C. § _408_

## III. BASIS FOR CLAIMS

Check any Applicable Item(s):

☐ Complaint Under the Civil Rights Act, **42 U.S.C. § 1983** (state, county, or municipal defendants)

☐ Complaint under *Bivens v. Six Unknown Federal Narcotics Agents*, **403 U.S. 388 (1971)** (federal defendants)

☑ Other (cite statute, if known) _18 USCS § 1028 Identity Theft._

2.

## IV. CLAIMS

**BRIEFLY** state the background of your case.

Without my consent, permission the defendant used my SSN to file for Tax returns in my name of $1,200.00 in April 2020. She has stolen my identity, Tax fraud, forgery, Perjury, electronically filed, wire fraud. Causing me to be a Victim of Identity theft

**Claim I**: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Sarah Chotak filed for a Tax refund using my identity and Social Security number on-line and recieved $1,200.00 from the I.R.S. while I'm incarcerated with a No-contact order on me and her. I never gave her consent, She used, me manipulating me to release my wallet over to her in December 2019 from Jail.

**Claim II**: Defendant, Stole my identity, file for a Tax return electronicly- wire fraud, forged my name on documents, to recieve and transfer monies into her bank account. Destroying my identity causing me to file numerous complaints, And freeze my credit account and IRS accounts.

3,

**Claim III**: Defamation of character, harrassment, Mail fraud, identity theft, Tax fraud, forgery, Perjury, Wire fraud. Without me knowing or Consent, or permission. Victumizing me. exposing my SSN to the world, Sueing for $5,000.00

## V. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? ___Yes ✓ No

If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "V. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

a. Parties to previous lawsuit:

   Plaintiff(s):_____

   Defendant(s):_____

b. Name and location of court and docket number  N/A

c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?) _____

d. Issues raised: _____

e. Approximate date of filing lawsuit:_____

f. Approximate date of disposition: _____

4.

2. I have previously exhausted available administrative remedies regarding the events or acts complained of in Part II of this complaint. ____ Yes ____ No

N/A

If your answer is "Yes", briefly describe how relief was sought and the result:

N/A

## VI. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are proceeding under 28. U.S.C. §1915, please list each civil action or appeal you have brought in any court of the United States while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "VI. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

a. Parties to previous lawsuit:

   Plaintiff(s):_____

   Defendant(s): _____ N/A

b. Name and location of court and docket number:_____

c. Grounds for dismissal:
   ☐ frivolous ☐ malicious ☐ failure to state a claim upon which relief may be granted

d. Approximate date of filing lawsuit: _____

e. Approximate date of disposition: _____

## VII. REQUEST FOR RELIEF

I request the following relief: State and federal charges on defendant, restitution of $2,400.00, $2,600.00 pain and suffering damages, any other reliefs the court deem appropriate.

_Pro Se_,
Original signature of attorney (if any)

Date: 6-10-2022

_[signature]_ pro se,
**Plaintiff's Original Signature**

Mark A. Colyer
**Plaintiff's Printed Name**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is **true and accurate.**

Executed at Pendleton, Indiana (location) on June 10, 2022 (date).

_[signature]_
**Plaintiff's Original Signature**

**Plaintiff demands a trial by jury.** ___ Yes  _X_ No

6,