# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| MARK A. COLYER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:22-cv-01198-TWP-DLP ) |
| SARAH M. LHOTAK, | ) ) |
| Defendant. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**. This action is dismissed without prejudice.

Dated: 10/4/2022

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____
Deputy Clerk

Distribution:

Mark A. Colyer
Inmate No. 281876
Madison County Jail
ADC Mail Room
720 Central Ave.
Anderson, IN 46016